IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| KEITHEN JONES, | * | |
| --- | --- | --- |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 4:05CV000962 JLH/BD |
| | * | |
| RANDY JOHNSON, *et al.* | * | |
| | * | |
| Defendants | * | |

## ORDER

The Clerk of the Court is directed to amend the style of this case to more fully identify the following defendants: Lancaster should be changed to Melissa Lancaster; Emerine should be changed to Kelvin Amerine; Laws should be changed to VonSheila Laws; and Williams should be changed to Jim Williams.

DATED THIS 16th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1