**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KEITHEN L. JONES**                                                                 **PLAINTIFF**
**ADC# 85316**

**VS.**                          **CASE NO.: 4:05CV00962 BSM/BD**

**RANDY JOHNSON,** *et al.*                                                       **DEFENDANTS**

## ORDER

The court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Accordingly, defendants' Motions for Summary Judgment (#186, 194) are GRANTED and all claims are DISMISSED with prejudice. All other pending motions are DENIED as moot.

IT IS SO ORDERED this 15th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE